# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Steven Moore,<br><br>    Plaintiff,<br><br>v.<br><br>KRQ, et al.,<br><br>    Defendants. | **NO. CV-23-00509-TUC-CKJ**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed December 15, 2023, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed for failure to comply with the Court's order.

January 30, 2024

Debra D. Lucas
District Court Executive/Clerk of Court

By s/ C. Ortiz
Deputy Clerk